UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INTERNATIONAL PARTNERS FOR ETHICAL CARE INC. et al., <br><br> Plaintiffs, <br> v. <br><br> JAY INSLEE et al., <br><br> Defendants. | CASE NO. 3:23-cv-05736-DGE <br><br> ORDER ON BRIEFING SCHEDULE, WORD LIMITS, AND INITIAL CASE SCHEDULE EXTENSION (DKT. NO. 15) |

This matter comes before the Court on the parties' stipulated motion regarding briefing schedule, word limits, and an extension of the initial case schedule. (Dkt. No. 15.) Having reviewed the Motion and good cause appearing therefore, it is hereby ORDERED:

1. The following briefing schedule shall govern the resolution of Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss in this case:

| EVENT | FILING DEADLINE | WORD COUNT LIMIT |
|---|---|---|
| Plaintiffs' Motion for Preliminary Injunction | September 15, 2023 | 13,625 words |

ORDER ON BRIEFING SCHEDULE, WORD LIMITS, AND INITIAL CASE SCHEDULE EXTENSION (DKT. NO. 15) - 1

| Defendants' Motion to Dismiss and Opposition to Plaintiffs' Motion for Preliminary Injunction | October 16, 2023 | 15,225 words |
|---|---|---|
| Plaintiffs' Reply to Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss | November 15, 2023 | 12,600 words |
| Defendants' Reply to Motion to Dismiss | November 29, 2023 | 11,000 words |

3. The initial case deadlines (*see* Dkt. No. 12) shall be stayed. The Court will issue a new order regarding the initial case deadlines, as necessary, after it decides the Defendants' motion to dismiss.

4. Except as amended via this stipulation, all other scheduling Orders issued in this case shall remain in full force and effect.

IT IS SO ORDERED.

Dated this 13th day of September 2023.

David G. Estudillo
United States District Judge

ORDER ON BRIEFING SCHEDULE, WORD LIMITS, AND INITIAL CASE SCHEDULE EXTENSION (DKT. NO. 15) - 2