The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| INTERNATIONAL PARTNERS FOR ETHICAL CARE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAY INSLEE, Governor of Washington, et al., <br><br> Defendants. | NO. 3:23-cv-05736-DGE <br><br> DECLARATION OF CRISTINA SEPE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

I, CRISTINA SEPE, hereby declare the following:

1. I am a Deputy Solicitor General with the Washington State Attorney General's Office, representing Defendants Jay Inslee, in his official capacity as the Governor of the State of Washington, Robert Ferguson, in his official capacity as the Attorney General of the State of Washington, and Ross Hunter, in his official capacity as the Secretary of the Washington Department of Children, Youth, and Families in this matter, and make this declaration in that capacity. I am over the age of 18 and competent to testify as to the matters herein.

2. I am submitting this declaration in support of the Defendants' Motion to Dismiss. When ruling on a motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources . . . , in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*,

DECLARATION OF CRISTINA SEPE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS NO. 3:23-CV-05736-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1. 551 U.S. 308, 322 (2007). The exhibits provided herein are documents incorporated in the complaint by reference or legislative materials of which the Court may take judicial notice. These materials are publicly available online and are provided for the convenience of the Court and parties.

3. Attached as Exhibit A is a true and correct copy of Engrossed Substitute Senate Bill 5599, 68th Leg., Reg. Sess. (Wash. 2023), *enacted as* 2023 Wash. Sess. Laws, ch. 408, effective date July 23, 2023, https://lawfilesext.leg.wa.gov/biennium/2023-24/Pdf/Bills/Session%20Laws/Senate/5599-S.SL.pdf?q=20231004125511.

4. Attached as Exhibit B is a true and correct copy of Senate Bill Report on Engrossed Substitute S.B. 5599, 68th Leg., Reg. Sess. (Wash. April 12, 2023), https://lawfilesext.leg.wa.gov/biennium/2023-24/Pdf/Bill%20Reports/Senate/5599-S.E%20SBR%20HA%2023.pdf?q=20231004125511.

5. Attached as Exhibit C is a true and correct copy of House Bill Report on Engrossed Substitute S.B. 5599, 68th Leg., Reg. Sess. (Wash. April 12, 2023), https://lawfilesext.leg.wa.gov/biennium/2023-24/Pdf/Bill%20Reports/House/5599-S.E%20HBR%20APH%2023.pdf?q=20231004125511.

6. Attached as Exhibit D is a true and correct copy of Memorandum from Natalie Green, Assistant Secretary, and Steve Grilli, Assistant Secretary of Partnership, Prevention, and Services, to Child Welfare Employees, *Changes to 3100. Family Reconciliation Services policy* (July 21, 2023), https://www.dcyf.wa.gov/sites/default/files/pdf/cw-policy/Memo-FRS-7-20-23%20Final.pdf. Plaintiffs' Complaint references this Policy Memo at Dkt. #1 ¶¶ 30, 52-54.

7. Attached as Exhibit E is a true and correct copy of the Department of Children, Youth, and Families Policy and Procedure 3100. Family Reconciliation Services, https://www.dcyf.wa.gov/policies-and-procedures/3100-family-reconciliation-services. The Policy Memo at Exhibit D links to Policy 3100 and discusses the changes made to Policy 3100.

DECLARATION OF CRISTINA SEPE
IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS
NO. 3:23-CV-05736-DGE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing statement is true and correct.

SIGNED this 16th day of October 2023, at Olympia, Washington.

*s/ Cristina Sepe*
CRISTINA SEPE, WSBA 53609
*Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Cristina.Sepe@atg.wa.gov

DECLARATION OF CRISTINA SEPE
IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS
NO. 3:23-CV-05736-DGE

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 16th day of October, 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
Leena Vanderwood
*Paralegal*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Leena.Vanderwood@atg.wa.gov

DECLARATION OF CRISTINA SEPE
IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS
NO. 3:23-CV-05736-DGE

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200