UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INTERNATIONAL PARTNERS FOR ETHICAL CARE INC. et al.,<br><br>              Plaintiff,<br>   v.<br><br>JAY INSLEE et al.,<br><br>             Defendant. | CASE NO. 3:23-cv-05736-DGE<br><br>ORDER ON MOTION TO WAIVE LOCAL-COUNSEL SIGNATURE REQUIREMENT<br>(DKT. NO. 21) |

      This matter comes before the Court on Plaintiff's motion to waive the local-counsel signature requirement. (Dkt. No. 21.)

      Local Rule 83.1(d)(2) states that "[u]nless waived by the court . . . local counsel must review and sign all motions and other filings." Plaintiffs contend that they "prefer to have the attorneys who did the work sign the court filings." (Dkt. No. 21 at 1.) The purpose of the signature requirement is to ensure that local counsel, who is presumably well versed in the local

ORDER ON MOTION TO WAIVE LOCAL-COUNSEL SIGNATURE REQUIREMENT
(DKT. NO. 21) - 1

rules and laws, is adequately reviewing all filings for substantive and procedural deficiencies. The Court sees no basis to waive the requirements of Local Rule 83.1(d)(2).

Accordingly, the Court DENIES the motion.

Dated this 25th day of October 2023.

David G. Estudillo
United States District Judge

ORDER ON MOTION TO WAIVE LOCAL-COUNSEL SIGNATURE REQUIREMENT
(DKT. NO. 21) - 2