**VERIFICATION OF FIRST AMENDED COMPLAINT ACCORDING TO 28 U.S.C. § 1746**

I, Martha Shoultz, on behalf of the International Partners for Ethical Care, Inc. (IPEC), declare under penalty of perjury that the foregoing allegations that pertain to IPEC are true and correct to the best of my knowledge.

Dated: 11/6/23

Martha Shoultz



Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940