**VERIFICATION OF FIRST AMENDED COMPLAINT ACCORDING TO 28 U.S.C. § 1746**

I, [redacted], appearing in this case as Parent 1B, declare under penalty of perjury that the foregoing allegations that pertain to me are true and correct to the best of my knowledge.

[redacted]

Dated: 11/6/23



Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940