**VERIFICATION OF FIRST AMENDED COMPLAINT ACCORDING TO 28 U.S.C. § 1746**

I, [redacted], appearing in this case as Parent 3B, declare under penalty of perjury that the foregoing allegations that pertain to me are true and correct to the best of my knowledge.

Dated: 11/6/23 [redacted]



Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940