The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| INTERNATIONAL PARTNERS FOR ETHICAL CARE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAY INSLEE, Governor of Washington, et al., <br><br> Defendants. | NO. 3:23-cv-05736-DGE <br><br> STIPULATED MOTION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND WORD LIMITS <br><br> NOTE ON MOTION CALENDAR: November 13, 2023 |

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Civil Rules 7(d)(1) and 10(g), the parties to the above-captioned case have stipulated to and jointly request the Court's approval of a briefing schedule for Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, with expanded word limits, and in support thereof, state as follows:

1. Plaintiffs filed their Complaint (Dkt. #1), and Defendants responded with their Motion to Dismiss (Dkt. #30). Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs filed their First Amended Complaint (Dkt. #34). Their First Amended Complaint raises challenges to two additional state laws under a variety of constitutional theories.

STIPULATED MOTION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND WORD LIMITS
NO. 3:23-CV-05736-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

2. The undersigned counsel for the parties have conferred and agreed upon a briefing schedule and word limits for Defendants' forthcoming Motion to Dismiss Plaintiffs' First Amended Complaint.

    i. Defendants' Motion to Dismiss due December 15, 2023, maximum of 11,000 words;

    ii. Plaintiffs' Opposition to Motion to Dismiss due January 19, 2024, maximum of 11,000 words; and

    iii. Defendants' Reply in Support of Motion to Dismiss due February 2, 2024, maximum of 5,500 words.

3. The request for additional time and words is based on the number of issues raised against three state laws in the First Amended Complaint, and the desire to minimize competing briefing deadlines and the press of Thanksgiving and other end-of-year holiday leave and plans. Preparation of the briefs, as well as consultation between counsel and their clients, will be delayed or impeded by such leave and plans.

4. All parties agree that the proposed modified schedule best accommodates each of their respective interests and time constraints. Moreover, the minor delay will not require any greater expenditure of the Court's time or resources and will allow all parties to effectively brief their respective positions.

The parties respectfully request the Court grant their Stipulated Motion.

It is SO AGREED this 13th day of November, 2023.

ROBERT W. FERGUSON
  *Attorney General*

*s/ Cristina Sepe*
CRISTINA SEPE, WSBA 53609
MARSHA CHIEN, WSBA 47020
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

*s/ Edward H. Trent*
JONATHAN F. MITCHELL, WSBA 52483
MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
(512) 686-3940
jonathan@mitchell.law

STIPULATED MOTION AND [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE
AND WORD LIMITS
NO.  3:23-CV-05736-DGE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

| | | |
|---|---|---|
| 1 | Cristina.Sepe@atg.wa.gov<br>Marsha.Chien@atg.wa.gov | GENE SCHAERR, *Pro hac vice*<br>EDWARD H. TRENT, *Pro hac vice* |
| 2 | | SCHAERR \| JAFFE LLP |
| 3 | ANDREW R.W. HUGHES, WSBA 49515<br>LAURYN K. FRAAS, WSBA 53238 | 1717 K. Street NW, Suite 900<br>Washington, D.C.  20006 |
| 4 |   *Assistant Attorneys General*<br>  *Complex Litigation Division* | (202) 787-1060<br>gschaerr@schaerr-jaffe.com |
| 5 | 800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104 | etrent@schaerr-jaffe.com |
| 6 | (206) 464-7744<br>Andrew.Hughes@atg.wa.gov | REED D. RUBINSTEIN, *Pro hac vice pending*<br>NICHOLAS BARRY, *Pro hac vice* |
| 7 | Lauryn.Fraas@atg.wa.gov | IAN PRIOR, *Pro hac vice*<br>JAMES ROGERS, *Pro hac vice* |
| 8 | *Counsel for Defendants* | AMERICA FIRST LEGAL FOUNDATION<br>611 Pennsylvania Ave. S.E., No. 231 |
| 9 | | Washington D.C.  20003<br>(206) 964-3721 |
| 10 | | reed.rubentien@aflegal.org<br>nicholas.barry@aflegal.org |
| 11 | | ian.prior@aflegal.org<br>james.rogers@aflegal.org |
| 12 | | *Counsel for Plaintiffs* |

STIPULATED MOTION AND [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE
AND WORD LIMITS
NO.  3:23-CV-05736-DGE

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# [PROPOSED] ORDER

Having reviewed the foregoing stipulated motion and good cause appearing therefore, IT IS HEREBY ORDERED:

The following briefing schedule shall govern the resolution of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint:

| EVENT | FILING DEADLINE | WORD COUNT LIMIT |
|---|---|---|
| Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint | December 15, 2023 | 11,000 words |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | January 19, 2023 | 11,000 words |
| Defendants' Reply to Motion to Dismiss | February 2, 2023 | 5,500 words |

IT IS SO ORDERED.

DATED this _____ day of _____ 2023.

_____
The Honorable David G. Estudillo
U.S. DISTRICT COURT CHIEF JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND WORD LIMITS
NO. 3:23-CV-05736-DGE

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200