UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INTERNATIONAL PARTNERS FOR ETHICAL CARE INC. et al.,<br><br>Plaintiff,<br>v.<br><br>JAY INSLEE et al.,<br><br>Defendant. | CASE NO. 3:23-cv-05736-DGE<br><br>STIPULATED BRIEFING SCHEDULE (DKT. NO. 35) |

**STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Civil Rules 7(d)(1) and 10(g), the parties to the above-captioned case have stipulated to and jointly request the Court's approval of a briefing schedule for Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, with expanded word limits, and in support thereof, state as follows:

1. Plaintiffs filed their Complaint (Dkt. #1), and Defendants responded with their Motion to Dismiss (Dkt. #30). Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs filed their First Amended Complaint (Dkt. #34). Their First Amended Complaint raises challenges to two additional state laws under a variety of constitutional theories.

2. The undersigned counsel for the parties have conferred and agreed upon a briefing schedule and word limits for Defendants' forthcoming Motion to Dismiss Plaintiffs' First Amended Complaint.

    i. Defendants' Motion to Dismiss due December 15, 2023, maximum of 11,000 words;

    ii. Plaintiffs' Opposition to Motion to Dismiss due January 19, 2024, maximum of 11,000 words; and

    iii. Defendants' Reply in Support of Motion to Dismiss due February 2, 2024, maximum of 5,500 words.

3. The request for additional time and words is based on the number of issues raised against three state laws in the First Amended Complaint, and the desire to minimize competing briefing deadlines and the press of Thanksgiving and other end-of-year holiday leave and plans. Preparation of the briefs, as well as consultation between counsel and their clients, will be delayed or impeded by such leave and plans.

4. All parties agree that the proposed modified schedule best accommodates each of their respective interests and time constraints. Moreover, the minor delay will not require any greater expenditure of the Court's time or resources and will allow all parties to effectively brief their respective positions.

The parties respectfully request the Court grant their Stipulated Motion.

It is SO AGREED this 13th day of November, 2023.

The Court hereby ORDERS the foregoing Stipulation.

Dated this 15th day of November 2023.

_____
David G. Estudillo
United States District Judge

STIPULATED BRIEFING SCHEDULE (DKT. NO. 35) - 2