HON. JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

International Partners For Ethical Care, Inc., Advocates Protecting Children, Parents 1A, 1B, 2A, 2B, 3A, 3B, 4A, 4B, 5A, and 5B,

    Plaintiffs,

v.

Jay Inslee, Governor of Washington, in his official capacity; Robert Ferguson, Attorney General of Washington, in his official capacity; and Ross Hunter, Secretary of the Washington Department of Children, Youth, and Families, in his official capacity,

    Defendants.

No. 3:23-cv-05736-DGE

DECLARATION OF ERIN L. LOVELL IN SUPPORT OF MOTION OF LEGAL COUNSEL FOR YOUTH AND CHILDREN TO APPEAR AS AMICUS

ERIN L. LOVELL makes the following declaration based on personal knowledge:

1. I am over 18 years of age. I am competent to testify. The facts contained in this Declaration are based on my personal knowledge, unless stated otherwise.

2. I am the Executive Director of Legal Counsel for Youth and Children ("LCYC"), a nonprofit corporation operating under the laws of Washington State.

DECLARATION OF ERIN L. LOVELL
(No. 3:23-cv-05736-DGE) - 1

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

3. I have served families and children in Washington as a legal advocate since 2005.

4. I served as a licensed foster parent, through Lutheran Community Services, from January 2019 through August 2021.

5. Before helping to found LCYC, I represented parents and youth in child welfare maters as a staff attorney with The Defender Association, now a division of the King County Department of Public Defense.

## I. LCYC'S MISSION AND VALUES

6. LCYC's mission is to protect the interests and safety of youth in Washington by advancing their legal rights.

7. LCYC accomplishes this mission through direct legal representation, strong community partnerships, and systemic advocacy.

8. LCYC's guiding principles include the axiom that young people have unique legal rights.

9. This includes the recognition that young people have equal status and dignity as members of the human family and specific rights that recognize their unique needs.

10. Most pertinent to the pending dispute: LCYC operates on the bedrock premise that young people are neither the possessions of parents nor of the state.

## II. LCYC'S FUNCTION

11. LCYC provides legal services through four main program areas: child welfare, youth defense, youth and family immigration, and youth homelessness. LCYC attorneys

DECLARATION OF ERIN L. LOVELL
(No. 3:23-cv-05736-DGE) - 2

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

represent youth in child welfare and other juvenile court matters. LCYC attorneys also advocate for youth in minor guardianships and on a variety of other civil legal issues.

12. LCYC's representation of youth goes beyond traditional public defense.

13. For example, LCYC assists youth with housing, education, immigration, and public benefits.

14. LCYC's attorneys are trained on how to build relationships of trust with youth in crisis and provide legal counsel in a developmentally appropriate manner.

15. LCYC is distinct from other legal organizations serving children for reasons including its responsiveness to youth in crisis.

### III.   LCYC'S YOUTH HOMELESS MISSION

16. One critical way in which LCYC effects its mission is its Youth Homeless Programs.

17. Young people aged 12-24 who are experiencing or at risk of housing instability can be eligible for LCYC's free civil legal services.

18. Young people served through this program include not just those experiencing homelessness but those who are on the median: couch surfing, struggling to access emergency shelter, temporarily living with friends or family, facing eviction, or feeling unsafe or unwelcome at home.

19. Examples of services LCYC helps these youth address include: emancipation, child protective services, civil protection orders, gender marker and name changes, eviction, landlord tenant issues, minor guardianship, and debt relief.

20. LCYC also provides onsite legal services at shelters and drop-in centers to increase youth engagement.

DECLARATION OF ERIN L. LOVELL
(No. 3:23-cv-05736-DGE) - 3

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

21. In 2017, the Homeless Youth Legal Network of the American Bar Association recognized LCYC as one of twelve model programs nationally, providing quality direct services to address youth homelessness.

22. In 2018, an independent consultant's evaluation[1] found LCYC's services for homeless youth have an "immediate, positive impact" on those youth.

23. One of the most powerful statements LCYC has received from its youth clients is: "I didn't know I had all those rights."

24. Attached hereto as Exhibit A is a true and correct copy of guidance from the Washington State Department of Children, Youth & Families dated July 20, 2023, regarding implementation of SHB 1406 and ESSB 5599. I have personal knowledge of the dissemination of these materials, as these were provided to LCYC by the Department in the normal course of business.

25. Attached hereto as Exhibit B is a true and correct copy of LCYC's proposed brief in support of the State's pending motion to dismiss this lawsuit.

**I declare under penalty of perjury of the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.**

Dated January 17, 2024, at  Seattle , Washington.

*Erin L Lovell*
Erin L Lovell (Jan 17, 2024 17:36 PST)
ERIN L. LOVELL

---

[1] *Available at* https://static1.squarespace.com/static/533dcf7ce4b0f92a7a64292e/t/5b1ea8ec8a922d326ad45097/1528735982236/LCYC+LSPY+Final+Evaluation+Report_May+2018.pdf.

DECLARATION OF ERIN L. LOVELL
(No. 3:23-cv-05736-DGE) - 4

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702