1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

INTERNATIONAL PARTNERS FOR
ETHICAL CARE, INC., et al.,

                    Plaintiffs,

        v.

JAY INSLEE, Governor of Washington, et
al.,

                    Defendants.

CASE NO. 23-5736 DGE

MINUTE ORDER

The following Minute Order is made by the direction of the Court, United States Judge

David G. Estudillo:

The case is reassigned to United States Judge Robert J. Bryan for the purposes of

considering all pending motions.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and

to any party appearing pro se at said party's last known address.

Dated this 14th day of May, 2024.

MINUTE ORDER - 1

1     The foregoing Minute Order authorized by the Honorable David G. Estudillo, United

2  States District Judge.