# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| INTERNATIONAL PARTNERS FOR ETHICAL CARE, INC., et al.,<br><br>                        Plaintiffs,<br><br>     v.<br><br>JAY INSLEE, Governor of Washington, et al.,<br><br>                        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:23-cv-05736 DGE-RJB |

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED.  This case is hereby DISMISSED WITH PREJUDICE

       Dated May 15, 2024.

                                      Ravi Subramanian
                                      Clerk of Court


                                      */s/Carrie Smith*
                                      Deputy Clerk