

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JUN 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-3661 |
| Originating Case Number: | 3:23-cv-05736-DGE |
| Short Title: | International Partners For Ethical Care Inc, et al. v. Inslee, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-3661
Originating Case Number: 3:23-cv-05736-DGE

Case Title: International Partners For Ethical Care Inc, et al. v. Inslee, et al.

**Monday, June 17, 2024**

| | |
|---|---|
| International Partners For Ethical Care Inc | Mediation Questionnaire due |
| Advocates Protecting Children | Mediation Questionnaire due |
| Parent 1A | Mediation Questionnaire due |
| Parent 1B | Mediation Questionnaire due |
| Parent 2A | Mediation Questionnaire due |
| Parent 2B | Mediation Questionnaire due |
| Parent 3A | Mediation Questionnaire due |
| Parent 3B | Mediation Questionnaire due |
| Parent 4A | Mediation Questionnaire due |
| Parent 4B | Mediation Questionnaire due |
| Parent 5A | Mediation Questionnaire due |
| Parent 5B | Mediation Questionnaire due |

**Monday, July 22, 2024**

| | |
|---|---|
| International Partners For Ethical Care Inc | Appeal Opening Brief (No Transcript Due) |
| Advocates Protecting Children | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Parent 1A | Appeal Opening Brief (No Transcript Due) |
| Parent 1B | Appeal Opening Brief (No Transcript Due) |
| Parent 2A | Appeal Opening Brief (No Transcript Due) |
| Parent 2B | Appeal Opening Brief (No Transcript Due) |
| Parent 3A | Appeal Opening Brief (No Transcript Due) |
| Parent 3B | Appeal Opening Brief (No Transcript Due) |
| Parent 4A | Appeal Opening Brief (No Transcript Due) |
| Parent 4B | Appeal Opening Brief (No Transcript Due) |
| Parent 5A | Appeal Opening Brief (No Transcript Due) |
| Parent 5B | Appeal Opening Brief (No Transcript Due) |

**Thursday, August 22, 2024**

| | |
|---|---|
| Jay Inslee | Appeal Answering Brief (No Transcript Due) |
| Robert Ferguson | Appeal Answering Brief (No Transcript Due) |
| Ross Hunter | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**